E-FILED
Monday, 27 October, 2025  04:47:56 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATE DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## ROCK ISLAND DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, *ex rel.* KWAME RAOUL, Attorney General of the State of Illinois, | |
| Plaintiff, | Case No. 25-cv-04189 Judge Sara Darrow |
| v. | |
| 3M Company, a Delaware Corporation, | |
| Defendant. | |

## PLAINTIFF'S MOTION FOR STATUS CONFERENCE AND/OR EXPEDITED BRIEFING SCHEDULE ON THE PEOPLE'S MOTION FOR REMAND

The People of the State of Illinois, *ex rel.* Kwame Raoul, Attorney General of the State of Illinois ("People"), request that this Court set a status conference and/or set an expedited briefing schedule for the People's motion for remand, and in support, state as follows.

1.      The People filed their Complaint in this action on March 16, 2022, in the Circuit Court of the Fourteenth Judicial Circuit, Rock Island County, Illinois, and served Defendant 3M Company ("3M") on March 22, 2022.

2.      As this Court is well aware, Defendant removed the case to federal court on April 21, 2022.  The People moved to remand this action to state court on April 29, 2022.  On September 21, 2023, this Court entered an order granting the People's motion.  On August 7, 2024, the Seventh Circuit affirmed this Court's remand order.

3.      Since August of 2024, this case has proceeded with discovery in the Circuit Court of Rock Island County.  The Circuit Court denied 3M's motion to dismiss in part.  The parties have exchanged well over one million pages of documents.  Multiple sets of discovery requests

1

have been exchanged and answered, including over 100 document requests served by 3M on the People.  ESI discovery and depositions have started.

4.        On July 28, 2025, Judge McGehee entered a Case Management Order scheduling this action for trial from September 15 through October 6, 2026 – a specially-set, three-week trial setting by the Circuit Court.  Fact discovery is to conclude on January 31, 2026, followed by expert discovery, dispositive motions, and trial.

5.        On October 23, 2025, Defendant once again removed this action to federal court.  *See People of the State of Illinois v. 3M*, Civil Action No. 25-cv-04189, Dkt. 1 (C.D. Ill. Oct. 23, 2025).  Defendant based its removal on its misrepresentations of the People's discovery responses regarding the scope of the litigation and the Seventh Circuit's affirmance of this Court's remand order.  The People explicitly identified in their discovery responses how they and their experts "intend to proceed in this litigation consistent with the representation made to the Seventh Circuit" and the Seventh Circuit's affirmance.  3M misrepresents and misinterprets the People's discovery responses and expected expert testimony in the Notice of Removal.  There are legal and factual issues that should be addressed by the Circuit Court in the first instance when expert discovery proceeds in early 2026, not by this Court in a vacuum on a removal petition.

6.        3M's removal petition, and the misrepresentations and misinterpretations contained within, can only be interpreted as intending to mislead this Court and to obtain a delay of the Circuit Court's July 28, 2025 Case Management Order and the September 15, 2026 trial date.

7.        The People intend to file a motion for remand earlier than the November 23, 2025 deadline, and intend to do so before November 6, 2025.

8.      3M has already filed a Notice of Potential Tag-Along Action seeking to transfer this case to the Aqueous Film-Forming Foam Multidistrict Litigation in the District of South Carolina ("AFFF MDL").

9.      Given the potential for Defendant's removal to delay the Case Management Order and trial setting entered by Judge McGehee in the Circuit Court of Rock Island County, and given the potential for transfer to the AFFF MDL, the People seek an expedited briefing schedule and ask this Court to consider their motion for remand on an expedited basis.  Consideration on an expedited basis is needed to preserve the Case Management Order and trial date in the Circuit Court.  Consideration on an expedited basis is also needed so that this Court considers the People's motion for remand before the Judicial Panel on Multidistrict Litigation considers 3M's transfer request to the AFFF MDL.

10.     The People respectfully request that this Court set a status conference in this matter at the Court's earliest opportunity to discuss an expedited briefing schedule on the People's intended motion for remand.  Alternatively, the People respectfully request that the Court set an expedited briefing schedule on the motion for remand and consider the motion on an expedited basis.

WHEREFORE, cause having been shown, the People respectfully request this Court set a status conference in this matter and/or set an expedited briefing schedule on the People's motion for remand.

Dated: October 27, 2025

PEOPLE OF THE STATE OF ILLINOIS,
*ex rel.* KWAME RAOUL, Attorney General
of the State of Illinois

MATTHEW J. DUNN, Chief Environmental
Enforcement/Asbestos Litigation Division

By:    /s/Daniel R. Flynn
Daniel R. Flynn
One of their attorneys

Stephen J. Sylvester
Ellen F. O'Laughlin
Karen Howard
**Office of the Illinois Attorney General**
Environmental Bureau
69 West Washington Street, Suite 1800
Chicago, Illinois 60602
(312) 814-2550
stephen.sylvester@ilag.gov
ellen.olaughlin@ilag.gov
karen.howard@ilag.gov

Adam J. Levitt
Daniel Rock Flynn
Amy E. Keller
Diandra Debrosse Zimmerman*
Anna Claire Skinner
Special Assistant Attorneys General
Elizabeth Claire Carpenter*
James T. Crisafulli*
**DiCello Levitt LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
(312) 214-7900
alevitt@dicellolevitt.com
dflynn@dicellolevitt.com
akeller@dicellolevitt.com
fu@dicellolevitt.com
askinner@dicellolevitt.com
ecarpenter@dicellolevitt.com
jcrisafulli@dicellolevitt.com

Joseph M. Callow, Jr.
Gregory M. Utter
Special Assistant Attorneys General
**Callow + Utter Law Group**
8044 Montgomery Road, Suite 170
Cincinnati Ohio 45236
jcallow@callowandutter.com
gmutter@callowandutter.com

Richard W. Fields*
Martin Cunniff*
Special Assistant Attorneys General
**Fields, Han & Cunniff LLC**
1700 K Street NW, Suite 810
Washington, DC  20006
(833) 382-9816
fields@fhcfirm.com
martin.cunniff@fhcfirm.com

*Motions for admission pro hac vice to be filed*

## CERTIFICATE OF SERVICE

I certify that on October 27, 2025, I caused true and correct copies of the foregoing Motion for Status Conference and/or Expedited Briefing Schedule on the People's Motion for Remand to be served electronically upon all parties to this action and their counsel through this Court's electronic filing system.

/s/Daniel R. Flynn
Daniel R. Flynn