# IN THE UNITED STATE DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# ROCK ISLAND DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, *ex rel.* KWAME RAOUL, Attorney General of the State of Illinois,<br><br>Plaintiff,<br><br>v.<br><br>3M COMPANY, a Delaware Corporation,<br><br>Defendant. | Case No. 25-cv-04189<br><br>Judge Sara Darrow |

## PLAINTIFF'S MOTION TO REMAND

Plaintiff, People of the State of Illinois, *ex rel.* Kwame Raoul, Attorney General of the State of Illinois, for the reasons set forth in their Memorandum in Support of this Motion, respectfully move to remand this case to the Fourteenth Judicial Circuit, Rock Island County, Illinois.

Dated: November 6, 2025

PEOPLE OF THE STATE OF ILLINOIS, *ex rel.* KWAME RAOUL, Attorney General of the State of Illinois

MATTHEW J. DUNN, Chief Environmental Enforcement/Asbestos Litigation Division

By:  /s/*Daniel R. Flynn*
Daniel R. Flynn
One of their attorneys

Stephen J. Sylvester
Ellen F. O'Laughlin
Karen Howard
**Office of the Illinois Attorney General**
Environmental Bureau
69 West Washington Street, Suite 1800
Chicago, Illinois  60602
(312) 814-2550

stephen.sylvester@ilag.gov
ellen.olaughlin@ilag.gov
karen.howard@ilag.gov

Adam J. Levitt
Daniel Rock Flynn
Amy E. Keller
Diandra "Fu" Debrosse
Anna Claire Skinner
Special Assistant Attorneys General
**DiCello Levitt LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois  60602
(312) 214-7900
alevitt@dicellolevitt.com
dflynn@dicellolevitt.com
akeller@dicellolevitt.com
fu@dicellolevitt.com
askinner@dicellolevitt.com

Joseph M. Callow, Jr.
Gregory M. Utter
Special Assistant Attorneys General
**Callow + Utter Law Group**
8044 Montgomery Road, Suite 170
Cincinnati Ohio  45236
(513) 930-0741
jcallow@callowandutter.com
gmutter@callowandutter.com

Richard W. Fields*
Martin Cunniff*
Special Assistant Attorneys General
**Fields, Han & Cunniff LLC**
1700 K Street NW, Suite 810
Washington, DC  20006
(833) 382-9816
fields@fhcfirm.com
martin.cunniff@fhcfirm.com

*Motions for admission to be filed.

3

## CERTIFICATE OF SERVICE

I certify that on November 6, 2025, I caused true and correct copy of the foregoing Plaintiff's Motion to Remand to be served electronically upon all parties to this action and their counsel through this Court's electronic filing system.

s/ <i>Daniel R. Flynn</i><br>
Daniel R. Flynn<br>
One of their attorneys