IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, *ex rel.* KWAME RAOUL, Attorney General of the State of Illinois,<br><br>         Plaintiff,<br><br>   v.<br><br>3M COMPANY,<br><br>         Defendant. | Civil Action No. 4:25-cv-4189 |

### DEFENDANT 3M COMPANY'S MOTION FOR STAY PENDING THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION'S FINAL DECISION WHETHER TO TRANSFER THIS CASE TO THE *IN RE AFFF* MDL

Defendant 3M Company, for the reasons set forth in its memorandum in support of this motion, respectfully moves the Court to stay this case until the Judicial Panel on Multidistrict Litigation issues a final decision regarding the transfer of this case to the AFFF MDL.

1

Dated: November 20, 2025

Respectfully submitted,

*/s/ Lauren R. Goldman*
Lauren R. Goldman (*admission pending*)
Justine Goeke (*admission pending*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 351-2375
lgoldman@gibsondunn.com
jgoeke@gibsondunn.com

Jonathan C. Bond (*admission pending*)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
Tel: (202) 955-8500
jbond@gibsondunn.com


*/s/ Daniel L. Ring*
Daniel L. Ring
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Tel: (312) 923-2625
DRing@jenner.com

*Counsel for Defendant 3M Company*

## CERTIFICATE OF SERVICE

  I hereby certify that on November 20, 2025, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notice of such filing to all counsel of record.

                  */s/ Daniel L. Ring*
                  Daniel L. Ring