# IN THE UNITED STATE DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# ROCK ISLAND DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, *ex rel.* KWAME RAOUL, Attorney General of the State of Illinois,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>3M COMPANY, a Delaware Corporation,<br><br>　　　　　　Defendant. | Case No. 25-cv-04189<br><br>Judge Sara Darrow |

## NOTICE

On October 29, 2025, this Court entered a Text Order advising the parties that "[a]ny motion for leave to file a reply [to Defendant's response to Plaintiff's Motion to Remand] would be due within 7 days of service of the response." Defendant 3M ("3M") filed its response (ECF No. 16) on November 20, 2025. The People of the State of Illinois *ex rel.* Kwame Raoul ("People") advise the Court that they will not file a motion for leave to file a reply and briefing on the People's Motion to Remand (ECF No. 15) is complete. The People will respond to 3M's Motion for Stay Pending the Judicial Panel on Multidistrict Litigation's Final Decision Whether to Transfer this Case to the *In re* AFFF MDL (ECF No. 17) by December 4, 2025 in accordance with the deadline set forth in ECF No. 17.

Dated: November 24, 2025

　　　　　　　　　　　　　　　　　　PEOPLE OF THE STATE OF ILLINOIS,
　　　　　　　　　　　　　　　　　　*ex rel.* KWAME RAOUL, Attorney General
　　　　　　　　　　　　　　　　　　of the State of Illinois

　　　　　　　　　　　　　　　　　　MATTHEW J. DUNN, Chief Environmental
　　　　　　　　　　　　　　　　　　Enforcement/Asbestos Litigation Division

　　　　　　　　　　　　By:　　/s/Daniel R. Flynn
　　　　　　　　　　　　　　　　Daniel R. Flynn
　　　　　　　　　　　　　　　　One of their attorneys

Stephen J. Sylvester
Ellen F. O'Laughlin
Karen Howard
**Office of the Illinois Attorney General**
Environmental Bureau
69 West Washington Street, Suite 1800
Chicago, Illinois 60602
(312) 814-2550
stephen.sylvester@ilag.gov
ellen.olaughlin@ilag.gov
karen.howard@ilag.gov

Adam J. Levitt
Daniel Rock Flynn
Amy E. Keller
Diandra "Fu" Debrosse
Anna Claire Skinner
Special Assistant Attorneys General
**DiCello Levitt LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
(312) 214-7900
alevitt@dicellolevitt.com
dflynn@dicellolevitt.com
akeller@dicellolevitt.com
fu@dicellolevitt.com
askinner@dicellolevitt.com

Joseph M. Callow, Jr.
Gregory M. Utter
Special Assistant Attorneys General
**Callow + Utter Law Group**
8044 Montgomery Road, Suite 170
Cincinnati Ohio 45236
(513) 930-0741
jcallow@callowandutter.com
gmutter@callowandutter.com

Richard W. Fields*
Martin Cunniff*
Special Assistant Attorneys General
**Fields, Han & Cunniff LLC**
1700 K Street NW, Suite 810
Washington, DC  20006
(833) 382-9816
fields@fhcfirm.com

martin.cunniff@fhcfirm.com

*Motions to be admitted *pro hac vice* to be filed.

## CERTIFICATE OF SERVICE

I certify that on November 24, 2025, I caused true and correct copies of the foregoing Notice to be served electronically upon all parties to this action and their counsel through this Court's electronic filing system.

/s/Daniel R. Flynn
Daniel R. Flynn