# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, *ex rel.* KWAME RAOUL, Attorney General of the State of Illinois,<br><br>Plaintiff,<br><br>v.<br><br>3M COMPANY, ET AL.,<br><br>Defendants. | Civil Action No. 25-cv-4189 |

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. §§ 1291 and 1447(d) and Rule 3 of the Federal Rules of Appellate Procedure, Defendant 3M Company hereby gives notice that it appeals to the United States Court of Appeals for the Seventh Circuit from the Order entered in the above-captioned case on November 26, 2025 (Dkt. 19), granting Plaintiff's Motion to Remand to State Court (Dkt. 15).

Dated: November 26, 2025

Respectfully submitted,

*/s/ Lauren R. Goldman*

Lauren R. Goldman (*admission pending*)
Justine Goeke (*admission pending*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 351-2375
lgoldman@gibsondunn.com
jgoeke@gibsondunn.com

Jonathan C. Bond (*admission pending*)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
Tel: (202) 955-8500
jbond@gibsondunn.com


*/s/ Daniel L. Ring*
Daniel L. Ring
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Tel: (312) 923-2625
DRing@jenner.com

*Counsel for Defendant 3M Company*