UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AQUEOUS FILM-FORMING FOAMS
PRODUCTS LIABILITY LITIGATION

People of the State of Illinois, ex rel. Kwame Raoul,  )
   Attorney General of the State of Illinois v. 3M Company,  )
   C.D. Illinois, C.A. No. 4:25-04189  )      MDL No. 2873

### ORDER VACATING CONDITIONAL TRANSFER ORDER

     A conditional transfer order was filed in this action (*People of the State of Illinois, ex rel. Kwame Raoul, Attorney General of the State of Illinois*) on October 27, 2025. Prior to expiration of that order's 7-day stay of transmittal, plaintiff filed a notice of opposition to the proposed transfer order. The Panel has been advised that the Honorable Sara Darrow, in an order filed on November 26, 2025, remanded *People of the State of Illinois, ex rel. Kwame Raoul, Attorney General of the State of Illinois* to the Fourteenth Judicial Circuit, Rock Island County Court for the State of Illinois.

     IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-286" filed on October 27, 2025, is VACATED insofar as it relates to this action.

FOR THE PANEL:

James V. Ingold
Clerk of the Panel