## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, *ex rel.* KWAME RAOUL, Attorney General of the State of Illinois,<br><br>        Plaintiff,<br><br>   v.<br><br>3M COMPANY, ET AL.,<br><br>        Defendants. | No. 25-cv-04189<br><br>Judge Sara Darrow |

### DEFENDANT 3M COMPANY'S RESPONSE TO PLAINTIFF'S BRIEF IN SUPPORT OF ATTORNEYS' FEES AND LITIGATION EXPENSES

In its November 26, 2025 Order, this Court granted the State's request for fees under 28 U.S.C. § 1447(c) and ordered Defendant 3M Company ("3M") to respond only as to the amount of fees requested in the State's brief. ECF No. 19. While 3M respectfully disagrees with the decisions to remand this case and to award fees to the State, and, respectfully, will address both issues on appeal, 3M does not contest the amount of fees sought by the State in its December 8, 2025 submission (ECF No. 28).

| | |
|---|---|
| Dated: December 22, 2025 | Respectfully submitted,<br>*/s/ Daniel L. Ring*<br><br>Daniel L. Ring<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, Illinois 60654<br>Tel: (312) 923-2625<br>Fax: (312) 527-0484<br>dring@jenner.com<br><br>*Counsel for Defendant 3M Company* |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2025, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notice of such filing to all counsel of record.

                                              */s/ Daniel L. Ring*
                                               Daniel L. Ring