E-FILED
Wednesday, 30 September, 2026 06:04:53 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS**

PEOPLE OF THE STATE OF ILLINOIS, *ex rel.* KWAME RAOUL, Attorney General of the State of Illinois,

Plaintiff,

v.

3M COMPANY, ET AL.,

Defendants.

Civil Action No. 25-cv-4189

**AMENDED NOTICE OF APPEAL**

Pursuant to 28 U.S.C. §§ 1291 and 1447(d) and Rules 3 and 4 of the Federal Rules of Appellate Procedure, Defendant 3M Company hereby gives notice that it appeals to the United States Court of Appeals for the Seventh Circuit from the Orders entered in the above-captioned case on January 27, 2026 (text order), granting in part Plaintiff's request for litigation expenses as described in Plaintiff's Brief in Support of Attorneys' Fees and Litigation Expenses in Relation to the Motion to Remand (Dkt. 28), and September 21, 2026 (Dkt. 35), granting in part Plaintiff's request for attorneys' fees as described in Plaintiff's Supplemental Brief in Support of Attorneys' Fees in Relation to the Motion to Remand (Dkt. 30). Defendant 3M Company appeals the January 27, 2026 Order's grant of $2,387.15 to Plaintiff in litigation expenses and the September 21, 2026 Order's award of $295,933 in attorneys' fees under 28 U.S.C. § 1447(c). *See* Fed. R. App. P. 3(c)(4); Fed. R. App. P. 4(a)(2).

Defendant 3M Company previously filed a notice of appeal from this Court's November 26, 2025, order granting remand and holding that Plaintiff is entitled to attorney fees and costs (Dkt. 19, 20, 21). *See* 28 U.S.C. § 1447(d).

Dated: September 30, 2026

Respectfully submitted,

*/s/ Lauren R. Goldman*

Lauren R. Goldman (*admission pending*)
Justine Goeke (*admission pending*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 351-2375
lgoldman@gibsondunn.com
jgoeke@gibsondunn.com

Jonathan C. Bond (*admission pending*)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
Tel: (202) 955-8500
jbond@gibsondunn.com

*/s/ Daniel L. Ring*

Daniel L. Ring
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Tel: (312) 923-2625
DRing@jenner.com

*Counsel for Defendant 3M Company*